UNITED STATES of America, Plaintiff–Appellee,

v.

Dairus Kiowa PERKINS, Defendant–Appellant.

United States of America, Plaintiff–Appellee,

v.

Dairus Kiowa Perkins, Defendant–Appellant.

Nos. 09–8156, 10–6079.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 30, 2010.

Dairus Kiowa Perkins, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL * and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

* Judge Michael was a member of the original panel but did not participate in this decision.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dairus Kiowa Perkins appeals the district court's orders finding him ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Perkins*, No. 4:96–cr–30029–jlk–1 (W.D.Va. Nov. 19, 2009; Dec. 22, 2009). We deny Perkins' motion to hold Appeal No. 09–8156 in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*